**Order entered December 22, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00742-CV

### AZEB RUDER, Appellant

### V.

### WILLIAM JORDAN D/B/A WILLIAM DAVIS REALTY, WILLIAM DAVIS REAL ESTATE SERVICES, LLC D/B/A WILLIAM DAVIS REALTY AND KATHY JABRI, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01346-2014**

## ORDER

Before the Court is appellant's December 20, 2016 second unopposed motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 13, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/    ELIZABETH LANG-MIERS
         JUSTICE